**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Chad M. Ikerd
Louisiana Appellate Project
P.O.Box 2125
Lafayette LA 70502

Adam Batiste, III
Oak - 1 DOC No. 636791
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: May 18, 2016**

**Docket Number: 15   01008-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ADAM BATISTE, III**

**Appealed from Lafayette Parish Case No. CR-141203**

**BEFORE JUDGES:**

  **Hon. Marc T. Amy**
  **Hon. Elizabeth A. Pickett**
  **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Adam Batiste, III** has this day been

  **DENIED.**

cc: Keith A. Stutes, Counsel for the Appellee
    Cynthia K. Simon, Counsel for the Appellee